-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 26, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG 06-0113-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JOSE SANDOVAL ACEVEDO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ARTURO REYES, Case No. MAG 06-0113-DAD, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $25,000.00

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    _X_   (Other)   <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 26, 2006</u> at <u>2:45 p.m.</u>.

By   /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge