```
 1  GRETCHEN C. von HELMS, 156518
    JAN EDWARD RONIS, 51450
 2  105 West "F" Street, Third Floor
    San Diego, CA 92101-6036
 3  Telephone: (619) 239-1199

 4  Attorney at for Defendant
    Arturo Reyes
```

FILED
MAY 1 7 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06CR0199 |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| ARTURO REYES, | |
| Defendant. | |

Defendant, ARTURO REYES, hereby substitutes GRETCHEN C. von HELMS and JAN EDWARD RONIS at 105 West "F" Street, Floor 3, SD, CA, telephone (619) 239-1199, as attorneys of record in place and stead of Timothy Zindel, Esq. at 801 I Street, 3rd Floor, Sacramento, CA 95814.

Dated: 5-17-06

ARTURO REYES, Defendant

I consent to the above substitution.

Dated: 5/17/06

TIMOTHY ZINDEL, Attorney of Record

Above substitution accepted.

Dated: 5-17-06

GRETCHEN C. von HELMS
Substituted Counsel for ARTURO REYES

Above substitution accepted.

Dated: 5-17-06

JAN EDWARD RONIS
Substituted Counsel for ARTURO REYES

**IT IS SO ORDERED.**

Dated: May 17, 2006

**GREGORY G. HOLLOWS**

UNITED STATES DISTRICT COURT JUDGE
Mag.

06CR0199