McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-06-0199 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS; AND ORDER |
| ARTURO REYES, JOSE SANDOVAL ACEVEDO, and JAMES MOSES NAWATANI, | ) | |
| Defendants. | ) | **NO HEARING REQUESTED** |

The United States hereby moves for an extension of time to respond to the motion of defendant Arturo Reyes to suppress evidence filed on October 13, 2006. This (non-stipulated) scheduling motion is made because, (1) the defendant's motion was filed one week late without requesting leave of court or discussing it with opposing counsel, (2) assigned government counsel is currently undergoing daily medical treatment which has necessitated having another AUSA handle the motion response and that AUSA needs the additional time to refamiliarize herself with the matter and to prepare an appropriate response, (3) government counsel has attempted on numerous occasions to contact counsel for defendant Reyes, but has been unable to speak to her to inquire as to whether she has an objection to this motion. Government counsel has spoken to counsel for defendants Acevedo and Nawatani, and they have no objection to this motion or the proposed schedule. Government counsel has also spoken to the Court's deputy clerk and coordinated the below proposed schedule.

1

Wherefore, it is respectfully requested that the following revised motion schedule be adopted in this matter as to defendant Reyes' Motion to Suppress Evidence:

|  | Old Date | Proposed Date |
|---|---|---|
| Defense motions: | 10/6/06 | N/A |
| Government's response: | 11/3/06 | 12/6/06 |
| Defense reply: | 11/17/06 | 12/29/06 |
| Hearing (non-evidentiary): | 12/1/06 | 1/12/07 |

The trial date is presently scheduled for 2/5/07, and the trial confirmation hearing for January 12, 2007. Time has already been excluded until that date under the Speedy Trial Act. The parties and the Court can address whether the trial date should remain firm at the January 12, 2007 hearing. It is anticipated that one or more of the defendants will be entering into plea agreements and pleading guilty prior to that date. This should simplify further rescheduling of the trial date, if necessary.

Dated: November 2, 2006

McGREGOR W. SCOTT
U.S. Attorney

by    /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

**O R D E R**

Upon consideration of the above motion, good cause having been show, the above proposed schedule is hereby adopted. It is so ORDERED, this __3RD__ day of November, 2006.

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior, U.S. District Judge