# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| <u>United States v. Arturo Reyes</u>, Cr. S06-0199 EJG | May 31, 2007 |

| To | From |
|---|---|
| Colleen Lydon, Assistant to Honorable Edward J. Garcia | Richard Bender, AUSA |

    Please continue the sentencing in the above referenced case from 6/1/07 to 6/15/07 at 10:00 a.m. The reason for the request is that additional time is needed to allow the defendant to complete a condition of his plea agreement and because of a scheduling conflict of defense counsel. I have contacted defense counsel and she concurs with this request.


Request Approved:

               /s/
        EDWARD J. GARCIA
        Senior U.S. District Judge