# Memorandum

*United States Attorney*
*Eastern District of California*



| Subject | Date |
|---|---|
| <u>United States v. Arturo Reyes</u>, Cr. S06-0199 EJG | June 13, 2007 |

| To | From |
|---|---|
| Colleen Lydon, Assistant to Honorable Edward J. Garcia | Richard Bender, AUSA |

    Please continue the sentencing in the above referenced case from 6/15/07, to 7/27/07, at 10:00 a.m. The reason for the request is that a new issue has arisen that could impact the sentence recommendation and both parties need the additional time to address it. I have contacted defense counsel and she concurs with this request.


Request Approved:

Date: June 13, 2007      <u>/s/ Edward J. Garcia</u>
                         EDWARD J. GARCIA
                       Senior U.S. District Judge