1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10  **(HONORABLE EDWARD J. GARCIA)**

11  UNITED STATES OF AMERICA,  )  Case No. 06-cr-00199-EJG-1
                               )
12          Plaintiff,         )
                               )
13              v.             )  ORDER TO EXONERATE BOND AND
                               )  RELEASE AND RECONVEY PROPERTY
14  ARTURO REYES,              )
                               )
15                             )
                               )
16          Defendant.         )
                               )
17  _____    )

18      IT IS HEREBY ORDERED that the real property in San Joaquin County located at 1409

19  Carolyn Ave., Escalon, CA 95320, be released and reconveyed to Kari Carter.

20      IT IS FURTHER ORDERED that the Clerk of the Court be ordered to reconvey all title

21  and interest back to the aforementioned surety notifying the County Recorder's Office in San

22  Joaquin County.

23      **IT IS SO ORDERED**

24

25  Dated: May 16, 2011              /s/ Edward J. Garcia
                                     HONORABLE EDWARD J. GARCIA
26                                   United States District Judge

27

28